# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LLOYD SIMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, Warden,<br><br>　　　　　Respondent.<br>_____ / | 1:08-cv-00625 DLB (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL<br><br>[Doc. 16] |

　　　　On August 26, 2008, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed as time-barred under 28 U.S.C. § 2244(d)(1), and judgment was entered this same date.  (Court Doc. 14.)

　　　　On September 8, 2008, Petitioner filed a motion for extension of time to file a notice of appeal.  (Court Doc. 16.)

　　　　A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A).  However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause. See FRAP 4(a)(5)(A).  Here, Petitioner has until September 25, 2008, to file a notice of appeal, and the instant motion is well within the thirty day period.  In his motion to extend time, Petitioner shows good cause for the extension, contending that he is scheduled to be transferred to a prison in Arizona and he will be without his legal work.  Accordingly, good cause having been presented

to the Court and good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty (30) days to and including **October 25, 2008**, to file a notice of appeal. See Rule 4(a)(5)(A)(i) of the Federal Rules of Appellate Procedure. Petitioner is advised that the Court cannot extend the time for filing a notice of appeal beyond the above-noticed date. See Rule 4(a)(5)(C) of the Federal Rules of Appellate Procedure.

IT IS SO ORDERED.

Dated:   **September 12, 2008**             /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE