# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LLOYD SIMAS,<br><br>        Petitioner,<br><br>   v.<br><br>MICHAEL MARTEL, Warden,<br><br>        Respondent. | 1:08-cv-00625 DLB (HC)<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR IN FORMA PAUPERIS STATUS ON APPEAL AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>[Docs. 21, 22] |

    On August 26, 2008, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed, with prejudice, as time barred, and judgment was entered. (Court Docs. 14, 15.)

    On September 9, 2008, Petitioner filed a motion for an extension of time to file a notice of appeal. (Court Doc. 16.)  The Court granted Petitioner's motion, and an appeal was due on before October 25, 2008. (Court Doc. 17.)

    On September 29, 2008, Petitioner filed a second motion for an extension of time to file a notice of appeal. (Court Doc. 18.)  On October 6, 2008, the Court denied Petitioner's motion, and indicated that the notice of appeal was due on or before October 25, 2008.

    Petitioner filed his notice of appeal on October 31, 2008, along with a motion for a certificate of appealability and motion to proceed in forma pauperis.[1]  (Court Docs. 20, 21, 22.)

---

[1] The notice of appeal is self-dated as of October 24, 2008, and although the proof of service indicates it was served on October 25, 2008, the proof of service is dated October 28, 2008. (Court Docs. 20, 23.)

1

A.     Motion to Proceed In Forma Pauperis

A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). Because Petitioner was granted in forma pauperis status in this Court, he is automatically entitled to proceed in forma pauperis on appeal, and his motion is moot.

B.     Motion for Certificate of Appealability

The court declines to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (in order to obtain a COA, petitioner must show: (1) that jurists of reason would find it debatable whether the petition stated a valid claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529 U.S. 473, 484 (2000). In the present case, the Court does not find that jurists of reason would not find it debatable whether the petition was properly dismissed, with prejudice, as time-barred under 28 U.S.C. § 2244(d)(1). Petitioner has not made the required substantial showing of the denial of a constitutional right.

## ORDER

Based on the foregoing, it is HEREBY ORDERED that:

1.     Petitioner's motion to proceed in forma pauperis on appeal is DISREGARDED, as MOOT; and,

2.     Petitioner's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

Dated:   **November 6, 2008**          /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE